NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERRICK M. CROSBY,                    )
a/k/a TERRICK MAURICE CROSBY,         )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No. 2D20-980
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____  )

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Ramiro Mañalich, Judge.

Terrick M. Crosby, pro se.


PER CURIAM.


        Affirmed.


VILLANTI, LaROSE, and SMITH, JJ., Concur.